IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BETTY CAITLIN NICOLE SMITH,

    Plaintiff,

v.                                                                                     4:17cv111–WS/CAS

ZACHARY TAYLOR DANIEL,
RAYMOND DANIEL, and
PAMELA DANIEL,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed March 17, 2017. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 9) to the report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this ___5th___ day of ___April___, 2017.

                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE